**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JAN 19 2012

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN DIEGO VALDEZ-IXTA (02),<br><br>Defendant. | CASE NO.  11CR5569-MMA<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

\_\_\_\_    of the offense(s) as charged in the Indictment/Information:

_____

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/ 18 /2012

Michael M. Anello
U.S. District Judge